# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIE LEE JAMES, JR.,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78380

FILED

APR 08 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
     DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to dismiss counsel. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

The court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a district court order denying a motion to dismiss counsel. *Castillo v. State*, 106 Nev. 349, 352, 792, P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

_____ Pickering _____, J.
                 Pickering

_____, J.                 _____, J.
Parraguirre                          Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-15171

cc: Hon. Ronald J. Israel, District Judge
Anthony M. Goldstein
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk